Dennis J. ROBERTS

v.

WEST GREENWICH TOWN COUNCIL et al.

No. 83–432–A.

Supreme Court of Rhode Island.

Nov. 3, 1983.

Bradford Gorham, Gorham & Gorham, Inc., Providence, for plaintiff.

Vincent J. Santaniello, Town Sol., for defendant.

ORDER

The Intervenors' motion to dismiss the defendants' appeal as interlocutory is granted.

Helen WESSELS

v.

NEWPORT HOSPITAL et al.

No. 83–273–M.P.

Supreme Court of Rhode Island.

Nov. 3, 1983.

Thomas D. Gidley/Stephen H. Burke, Hinckley, Allen, Salisbury & Parsons, Providence, for petitioner.

Robert W. Smith, Gunning, LaFazia & Gyns Inc., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Charles J. COFONE et al.

v.

The WESTERLY HOSPITAL et al.

No. 83–508–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Dennis J. McCarten, Hanson, Curran & Parks, Providence, for petitioner.

Edward J. Mulligan, Pawtucket, for respondent.

ORDER

The petition for writ of certiorari is granted. Before transmitting the record to this court, however, the Superior Court is directed to conduct a hearing, and to make findings of fact and conclusions of law, on the issue of whether the Medical Staff Infection Control Committee of the Westerly Hospital is a "peer review board" as that term is defined in G.L.1956 (1976 Reenactment) § 5–37.1–1(j). Following said hearing, the record may be transmitted in accordance with the writ.